United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE CHEUNG, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION,<br><br>       Defendant. | Case No.  16-cv-02047-JSC<br><br>**ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff's and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible but no later than 30 days from the date of this Order.

Plaintiff's and Defendant's counsel shall be prepared to discuss the following subjects:

(1)  Identification and description of claims and alleged defects in loan documents.

(2)  Prospects for loan modification.

(3)  Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, Plaintiff shall do the following:

(1)  Review relevant loan documents and investigate the claims to determine whether they have merit.

(2)  If Plaintiff is seeking a loan modification to resolve all or some of the claims, Plaintiff shall prepare a current, accurate financial statement and gather all of the information and documents customarily needed to support

a loan modification request.  Further, Plaintiff shall immediately notify Defendant's counsel of the request for a loan modification.

(3)   Provide counsel for Defendant with information necessary to evaluate the prospects for loan modification, in the form of a financial statement, worksheet or application customarily used by financial institutions.

In preparation for the telephone conference, counsel for Defendant shall do the following:

(1)   If Defendant is unable or unwilling to do a loan modification after receiving notice of Plaintiff's request, counsel for Defendant shall promptly notify Plaintiff to that effect.

(2)   Arrange for a representative of each Defendant with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held.  After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

**IT IS SO ORDERED.**

Dated: May 20, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANKIE CHEUNG, et al.,

        Plaintiffs,

    v.

NATIONAL DEFAULT SERVICING
CORPORATION,

        Defendant.

Case No.  16-cv-02047-JSC

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on May 20, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frankie  Cheung
May Yin-Fun Cheung
1765 Valdez Way
Fremont, CA 94539

Dated: May 20, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3